**UNITED STATES of America,**
**Plaintiff,**

**and**

**Lower Elwha Band of S'Klallams; Jamestown Band of S'Klallams; Port Gamble Band of S'Klallams; Plaintiffs–Appellants,**

**v.**

**State of WASHINGTON, Defendant,**

**and**

**Lummi Indian Tribe, Defendant–**
**Appellee,**

**and**

**Tulalip Tribe, Interested**
**party-Appellee,**

**Puyallup Tribe; Makah Indian Tribe; Suquamish Indian Tribe; Confederated Tribes & Bands of the Yakama Indian Nation; Muckleshoot Indian Tribe; Quinault Indian Nation; Quileute Indian Tribe; Nisqually Indian Tribe; Swinomish Tribal Community; Hoh Indian Tribe; Upper Skagit Indian Tribe, Interested parties.**

**No. 09–35772.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 6, 2010.

Filed Oct. 14, 2010.

Philip Hugh Lynch, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, Peter C. Monson, Esquire, U.S. Dept. of Justice, Denver, CO, for Plaintiff.

Stephen Hayes Suagee, General Counsel, Office of General Counsel, Port Angeles, WA, Robert Campbell Troyer, Hogan Lovells U.S. LLP, Denver, CO, Lauren Patricia Rasmussen, Esquire, Law Offices of Lauren P. Rasmussen, PLLC, Seattle, WA, for Plaintiffs–Appellants.

Mason D. Morisset, Morisset, Schlosser, Jozwiak & McGaw, Seattle, WA, for Interested party-Appellee.

Robert K. Costello, Deputy Attorney General, Michael S. Grossmann, Joseph Earl Shorin, III, Esquire, Fronda Colleen Woods, Assistants Attorney General, AGWA–Office of the Washington Attorney General, Olympia, WA, for Defendant.

Harry Laurence Johnsen, Daniel Alan Raas, Raas, Johnsen & Stuen, P.S., Mary Michelle Neil, Lummi Indian Nation Office of the Reservation Attorney, Bellingham, WA, for Defendant–Appellee.

John Howard Bell, Samuel J. Stiltner, Puyallup Tribe of Indians, Tacoma, WA, John Arum, Richard M. Berley, Brian C. Gruber, Marc D. Slonim, Counsel, Ziontz

148

Chestnut Varnell Berley & Slonim, John C. Sledd, Phillip E. Katzen, Kanji & Katzen, PLLC, Gregory M. O'Leary, Summit Law Group, PLLC, Eric Nielsen, Nielsen Broman & Koch, PLLC, O. Yale Lewis, III, Law Offices of O. Yale Lewis III, LLC, Harold Chesnin, Law Office of Harold Chesnin, Seattle, WA, Michelle Hitomi Hansen, Esquire, Office of Tribal Attorney, Suquamish, WA, Tim Weaver, Law Offices of Tim Weaver, Yakima, WA, Robert L. Otsea, II, Chief Counsel, Office of the Tribal Attorney, Auburn, WA, Fawn R. Sharp, Esquire, Quinault Indian Nation, Taholah, WA, William Charles Tobin, Jr., Esquire, Bill Tobin, Attorney at Law, Vashon, WA, Alix Foster, James M. Jannetta, Office of the Tribal Attorney, La Conner, WA, David Stoller Hawkins, Upper Skagit Indian Tribe, Sedro Wooley, WA, for Interested parties.

Before: KOZINSKI, Chief Judge, THOMAS and M. SMITH, Circuit Judges.

MEMORANDUM *

Our prior decision in this dispute sets forth the appropriate standard for jurisdiction under 28 U.S.C. § 1291: "[A] ruling is final for purposes of § 1291 if it (1) is a full adjudication of the issues, and (2) clearly evidences the judge's intention that it be the court's final act in the matter." *United States v. Lummi Indian Tribe,* 235 F.3d 443, 448 (9th Cir.2000) (quoting *Nat'l Distribution Agency v. Nationwide Mut. Ins. Co.,* 117 F.3d 432, 433 (9th Cir.1997)).

* This disposition is not appropriate for publication and is not precedent except as provided

The current appeal satisfies neither requirement. The district court denied the motion "without prejudice to renewal as a new subproceeding" and even retained paper copies of the parties' pleadings "so that [their] effort need not be duplicated." The district court also explained that the parties' substantive dispute "remains to be determined." Accordingly, we lack jurisdiction over this appeal.

**DISMISSED.**

by Ninth Circuit Rule 36–3.